# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2019

158584

*In re* ESTATE OF ROBERT BERRY BULLOCK.

_____

GWENDOLYN MOORE, Co-Personal
Representative of the ESTATE OF ROBERT
BERRY BULLOCK,
        Plaintiff-Appellant,

v

JPMORGAN CHASE BANK, N.A., a/k/a
JPMORGAN CHASE & CO.,
        Defendant-Appellee.

_____/

Bridget M. McCormack,
*Chief Justice*

David F. Viviano,
*Chief Justice Pro Tem*

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
*Justices*

SC: 158584
COA: 338635
Wayne PC: 2017-824534-CZ

On order of the Court, the application for leave to appeal the August 21, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2019

Clerk

b1216